**Order entered August 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00855-CV

### IN RE GARY WAYNE WARNER, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-41758-N**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    CRAIG STODDART
        JUSTICE